AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

ANTONIO DOYLE,

     Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER: **3:07-CV-00594-BES-RAM**

HOWARD SKOLINK, et al.,

     Defendants.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's complaint (Document #15) fails to state a complaint and cannot be cured by amendment, therefore this action is DISMISSED with prejudice in its entirety.


  August 4, 2008                                       **LANCE S. WILSON**
                                                                         Clerk

                                                                    /s/ Katie Lynn Ogden
                                                                        Deputy Clerk