1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11  ANTONIO DOYLE,
         #46176
12            Plaintiff,                                    3:07-cv-00594-BES-RAM
13  vs.
                                                            **ORDER**
14  HOWARD SKOLNIK, *et al.*,
15            Defendants.

16

17    Plaintiff has filed a motion to correct erroneous assessment of filing fees (docket #33).
18 Good cause appearing, plaintiff's motion is granted. The Clerk shall coordinate with the Nevada
19 Department of Corrections to refund plaintiff's inmate account for the filing fees for filing a complaint
20 in district court that have been improperly deducted from plaintiff's account.
21    **IT IS THEREFORE ORDERED** that plaintiff's motion to correct erroneous assessment
22 of filing fees (docket #33) is **GRANTED**.
23 / / /
24 / / /
25 / / /
26

1         **IT IS FURTHER ORDERED** that the Clerk shall refund to plaintiff's inmate account
2 the amount that he has been overcharged for filing fees.
3         DATED: March 7, 2011.

                                                       UNITED STATES MAGISTRATE JUDGE