UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ANTONIO DOYLE,                )
                              )   3:07-CV-0594-RCJ (VPC)
        Plaintiff,            )
                              )
    vs.                       )   **ORDER**
                              )
HOWARD SKOLNIK, et al.,       )
                              )
        Defendant(s).         )   September 7, 2012
                              )

Plaintiff's motion to enforce court order #39 (#41) is **GRANTED**. Because this case was removed to this Court by the defendants, the total amount of filing fees due by the plaintiff on this case was $455.00 for filing an appeal. That amount has been paid in full. The Finance Department of the United States District Court for the District of Nevada advises that an additional refund to plaintiff's inmate account is in process for $70.61 on this case. Any additional amount received from the Nevada Department of Corrections (NDOC) on this case will result in a separate refund to plaintiff's inmate account.

NDOC is ordered to cease withdrawals from plaintiff's account for filing fees on this case number. The Clerk shall send a copy of this order to the attention of Albert G. Peralta, Chief of Inmate Services for NDOC, P.O. Box 7011, Carson City, Nevada 89702. NDOC is ordered to process any refunds it receives from the Court on this case number to plaintiff's inmate account.

Plaintiff is advised that any new case he initiates or any appeal he may file on any other case will result in new filing fees being assessed by the Court.

**IT IS SO ORDERED.**

DATED: September 7, 2012.

UNITED STATES MAGISTRATE JUDGE